Submitted January 21, affirmed February 8, 1977

## DAVIS, *Petitioner,*
### *v.*
## EMPLOYMENT DIVISION, *Respondent.*
### (No. 76-4814, CA 6345)
559 P2d 535

Francis E. Davis, Portland, filed the brief pro se for petitioner.

James A. Redden, Attorney General, W. Michael Gillette, Solicitor General, and John W. Burgess, Assistant Attorney General, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM.

Affirmed. ORS 657.265(2). *Anderson v. Employment Division,* 24 Or App 503, 508, 546 P2d 779 (1976).